| | | | |
|---|---|---|---|
| | AUSA: Christopher Rawsthorne | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Eli Bowers | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Danil Iain Crisdean Baker

Case No. Case: 2:22−mj−30528
Assigned To : Unassigned Assign.
Date : 12/15/2022
USA V. BAKER (CMP)(CMC)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2022__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2422 and 2423(a) | Online enticement of a minor to engage in sexual activity and transportation with intent to engage in sexual activity. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Eli Bowers (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 15, 2022__

_____
Judge's signature

City and state: __Detroit, Michigan__     Hon. Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Eli Bowers, having been first duly sworn, do hereby depose and state as follows:

## I. INTRODUCTION

1. I have been employed as a Special Agent of the FBI since 2015, and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I was employed as a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation and child pornography. I have received training in investigating internet fraud, computer intrusions, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Danil Iain Crisdean Baker (date of birth \*\*/\*\*/2001) for violating 18 U.S.C. § 2422(b) (online enticement of a minor to engage in sexual activity) and 18 U.S.C. § 2423(a) (transportation with intent to engage in sexual activity).

3. The statements contained in this affidavit are based in part on written reports from other law enforcement agents, independent investigation and analysis by law enforcement officers/analysts, and my experience, training and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to law enforcement concerning this investigation. The facts set forth establish probable cause that **Baker** has violated 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(a).

## II. PROBABLE CAUSE

4. On December 9, 2022, at approximately 4 PM, the parents of a 14-year-old girl reported her missing to the Hancock County (Ohio) Sheriff's Office when she didn't come home from school on the bus. When MV1 didn't get off of the bus at the usual time (approximately 3:45 PM), they immediately called one of MV1's friends. The friend told MV1's parents she had been picked up at school by someone named, "Daniel Baker" and he was actually 22 years old. The friend stated MV1 and Baker had been emailing back and forth on her school laptop.

5. MV1's parents had discovered her texting with an individual the day prior to her disappearance. MV1's parents took her phone away from her. Once she was missing, they reviewed the phone further. MV1's father believed she was taken by an individual named Danil Baker. MV1's father had gone through her phone

and saw communication with this individual, who was using phone number ***-***-2393.  While reviewing the phone, MV1's father noticed communication with Danil Baker, whom MV1 believed to be 17 years old, on the gaming application called Roblox.  Officers conducted a reverse phone number search and linked the provided number to a 21-year-old man named Danil Baker, of Saline, Michigan.

      6.      Officers looked at MV1's phone with her parents and observed communications sent to MV1 by Baker including an image of his face with a text caption which said, "Be safe while on your way to school babygirl" followed by a heart emoji.  The image was compared to known images of Danil Baker and it appeared to be the same individual.  A Be-On-The-Lookout (BOLO) was issued for Baker and his suspected vehicle, and Officers of the Hancock County Sheriff's Office began geolocating Danil Baker's cellular phone through the phone carrier.  Baker's mother was contacted and told officers Baker was driving a white Subaru.

      7.      Based on the BOLO and cellular geolocation data, local officers in Michigan eventually located and made contact with Danil Baker at his residence.  Initially, Baker told responding officers he was in contact with MV1 earlier that day but did not admit to any physical contact.

      8.      At approximately 9:20 PM on December 9, 2022, officers from the Westland Police Department responded to a grocery store to conduct a welfare check on a 14-year-old girl who had been crying in the public bathroom.  Officers

immediately recognized her to be a child (MV1) who was reported missing out of Ohio earlier that day.

### Interview of MV1

9.    MV1 told responding officers she had been dropped off at a nearby homeless shelter by an individual named Danil who was driving a white Subaru. Danil initially picked her up from school in Ohio and drove her back to Michigan.

10.    Once MV1's parents arrived at the police station to retrieve their daughter, they spoke to MV1 in the presence of officers. MV1 explained that after she was picked up from school, Danil took her to multiple locations in Michigan, to include a mall in Westland, Michigan. At some point MV1 and Danil kissed, and MV1 touched Danil's penis. On the way to the women's clinic responsible for conducting sexual assault examinations (Sexual Assault Nurse Examiner (SANE) program), MV1 further admitted to her parents she performed oral sex on Baker that day.

11.    MV1 told her mother she had sent nude images of herself to Baker via her cellular phone. However, it was not clear on what phone application or through what means these images were sent. Some of MV1's belongings, to include her bookbag and school laptop, were left in Danil Baker's white Subaru when she was dropped off in Michigan.

4

### Subsequent Interview of Danil Baker

12.     At approximately 9:30 PM, Danil Baker was advised by local Michigan law enforcement to call the Ohio Sheriff's Office who initially responded to the missing juvenile report. During a recorded phone call, after being told of MV1's recovery, Baker admitted to picking MV1 up from school and driving to a park and mall in Michigan. Baker said he attempted to get a hotel in the area at a few locations, but was unable to find a room. Danil Baker only admitted to kissing MV1, but nothing further. He also told officers he dropped her off at the homeless shelter in Westland, MI.

### Background on BAKER

13.     21-year-old Danil Baker, date of birth \*\*/\*\*/2001, is a resident of Saline, Michigan. Baker has a pending criminal sexual conduct in the third degree in Washtenaw County Circuit Court, case 22-000483-FH. That matter also involves a 14-year-old girl.

### Search Warrant at Subject Residence

14.     On December 14, 2022, a search warrant which was issued in the Eastern District of Michigan on the same day, was executed on Baker's residence, person, and vehicle (white Subaru). During the search, multiple electronic devices were seized, however, so far only a limited examination could be conducted by investigators.

15. When officers approached the residence, Baker had just returned and was still inside of his vehicle, a white Subaru. An iPhone was discovered inside the vehicle on a dash mount in the car. A preliminary review of the device was conducted on scene. Text messages between Baker and MV1 were discovered in the "Recently Deleted" text message section of the phone. The following is an excerpt of communications between the two on Thursday, December 8, 2022, the day before Baker picked MV1 up from school.

**12/08/2022**

MV1: When's your birthday
MV1: DOB
Baker: May **th 2001
MV1: Okay
MV1: Big brain time
Baker: Hehe
Baker: When is yours babygirl? Dob
MV1: 3 months, 13 days, and 6 years
MV1: August **th 2007
Baker: Awww *3 heart emojis*
MV1: 2008
Baker: Cutee
Baker: Hehe *heart emoji*

6

16. Baker asks MV1 her date of birth, and MV1 tells him her true birthdate. The content of this chat clearly shows Baker's knowledge of MV1's age (14 years old), just one day prior to the incident stemming from Baker picking her up at school and taking her back to Michigan.

### Interview of BAKER During Search

17. Baker was interviewed by agents during the search of his residence. He told agents the iPhone in the dash mount in the Subaru was his phone and provided the phone's passcode.

18. Baker admitted to picking up MV1, whom he identified by full name, at her school in Ohio and bringing her back to Michigan on Friday, December 9, 2022. He told agents he had been in an online romantic relationship with MV1 for about a week prior, and picked her up at school to help her get away from an abusive home life. Baker was aware MV1's parents and taken away her phone, and had arranged to pick her up from school via email.

19. After picking up MV1 on December 9, 2022, Baker admitted to driving her to various places around southeast Michigan, including a park and a Kroger. At some point during the night, Baker was told by MV1's stepmother as well as a police officer who called his phone, that MV1 was only 14 years old. After unsuccessfully trying to rent MV1 a hotel room, Baker decided to take her to a homeless shelter. On

7

the way to the homeless shelter, Baker received a "hand job" from MV1 in the car. He admitted to agents he knew she was 14 years old prior to engaging in this sexual act with MV1. Baker also stated he and MV1 had kissed earlier in the night.

20. I know that it is a violation of Michigan law for a person more than five years older than an individual 13 to 15 years old to engage in sexual contact with that minor (criminal sexual conduct in the fourth degree, MCL 750.520e) and a violation of Michigan law for any person to engage in sexual penetration (which includes oral sex) with a person under the age of 16 (criminal sexual contact in the third degree, MCL 750.520d).

21. Based on the facts set forth above, I believe Baker knew the age of the minor victim to be 14 years old, and that he planned to pick her up from school for the purpose of having sexual encounter with her. Not only did the victim's mother and a police officer admonish Baker of MV1's age, but Baker's own text messages with MV1 clearly state her birthdate on the day before picking her up to participate in a sexual act. Based on my training and experience in these types of investigations, it is reasonable to believe Baker used the internet, to include phone messaging and email, to coerce, induce, and entice a minor to engage in sexual activity for which any person can be charged with a crime. Baker also transported a minor in interstate commerce with the intent that the individual would engage in sexual activity for

which any person can be charged with a crime when he took MV1 from Ohio to Michigan to engage in sexual activity with him.

### III.   CONCLUSION

22.     Probable cause exists that Danil Baker violated 18 U.S.C. § 2422(b) (online enticement of a minor to engage in sexual activity) and 18 U.S.C. § 2423(a) (transportation with intent to engage in sexual activity).

Respectfully submitted,

_____
Special Agent Eli Bowers
Federal Bureau of Investigation

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

_____
HON. KIMBERLY ALTMAN
United States Magistrate Judge

Dated:  December 15, 2022

9